IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re:                                    :    Chapter 11
:
NORTHWESTERN CORPORATION,    :    Case No. 03-12872 (JLP)
:
    Reorganized Debtor.           :
:
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEAL OF THE ORDER WITH RESPECT TO FINAL FEE APPLICATION OF LAZARD FRÈRES & CO. LLC (Dkt. No. 3045)**

      Lazard Frères & Co. LLC ("Lazard"), by its undersigned attorneys, hereby appeals, pursuant to 28 U.S.C. § 158(a) and Fed. R. Bankr. P. 8001(a), the Order With Respect to Final Fee Application of Lazard Frères & Co. LLC (Docket No. 3045) (attached hereto as Exhibit A, the "Order") entered by this Court on May 5, 2005.

      The names of all parties to the Order and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**The Debtor:**
William M. Austin, Esq.
NorthWestern Corporation
125 South Dakota Avenue, Ste. 11
Sioux Falls, SD 57104
Tel: (605) 978-2908

| | |
|---|---|
| **The United States Trustee:** | **Fee Auditor:** |
| Mark Kenney, Esq. | Warren H. Smith |
| Office of the United States Trustee | Warren H. Smith & Assocs, P.C. |
| 844 King Street, Room 2313 | 325 N. St. Paul, Suite 1275 |
| Wilmington, DE 19801 | Dallas, TX 75201 |
| Tel: (302) 573-6491 | Tel: (214) 698-3868 |
| | |
| **Counsel to the Debtors:** | |
| Jesse H. Austin, Esq. | Victoria Watson Counihan, Esq. |
| Karol Denniston, Esq. | William E. Chipman, Jr., Esq. |
| Paul, Hastings, Janofsky & Walker LLP | Greenberg Traurig, LLP |
| 600 Peachtree Road, N.E. | The Branywine Building |
| Atlanta, GA 30308 | 1000 West Street, Suite 1540 |
| Tel: (404) 815-2400 | Wilmington, DE 19801 |
| | Tel: (302) 661-7000 |
| **Counsel to the Official Committee of Unsecured Creditors:** | |
| Neil B. Glassman, Esq. | Alan Kornberg, Esq. |
| Charlene D. Davis, Esq. | Talia Gill, Esq. |
| The Bayard Firm | Paul, Weiss, Rifkind, Wharton & Garrison, LLP |
| 222 Delaware Avenue | 1285 Avenue of the Americas |
| Wilmington, DE 19801 | New York, NY 10019 |
| Tel: (302) 429-4224 | Tel: (212) 373-3000 |

Dated:  Wilmington, Delaware
        May 10, 2005

/s/ Anthony W. Clark
Anthony W. Clark (I.D. No. 2051)
Albert Theodore Powers III (I.D. No. 4490)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Rodney Square
Wilmington, Delaware 19899
(302) 651-3000

Attorneys for Lazard Frères & Co. LLC