UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTHWESTERN CORPORATION, | ) | Case No. 03-12872 (JLP) |
| | ) | |
| Reorganized Debtor. | ) | **Re: Docket No. 2421** |
| | ) | |

### ORDER WITH RESPECT TO FINAL FEE APPLICATION OF LAZARD FRÈRES & CO. LLC

For the reasons set forth in the Court's Memorandum Opinion of this date, it is hereby

**ORDERED**, that the Final Fee Application of Lazard Frères & Co. LLC ("Lazard") is approved, as amended by this Order, and Lazard is allowed final compensation in the amount of $5,739,761.62, which represents $2,892,060.00 for professional services rendered, $2,750,000.00 for a Transaction Fee, and $97,701.62 for reimbursement of actual, necessary expenses incurred; and it is further

**ORDERED**, that the Debtor is authorized and directed to make payment to Lazard for such allowed compensation and expenses, to the extent not already paid as of the date hereof.

Dated: May 5, 2005

_____
Honorable John L. Peterson
United States Bankruptcy Judge