**TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT**

Case Number: **03-12872**
Deputy Clerk Transferring Case: Lisa M. Ciconte (302) 252-2545
Case Type: Appeal **- AP#-05-32**

**Order, Date Entered and Issues**
Order with Respect to Final Fee Application of Lazard Freres & Co., LLC Signed on 05/05/2005. (Related Doc # 2421, 3044)

| | |
|---|---|
| **Debtor:** | NorthWestern Corporation |
| **Counsel:** | **William E. Chipman, Jr.** |
| | Greenberg Traurig, LLP |
| | 1000 West Street |
| | Suite 1540 |
| | Wilmington, DE 19801 |
| **Telephone:** | **(302) 661-7000** |
| **Appellant(s):** | Lazard, Freres & Co. LLC |
| **Counsel:** | **Anthony W. Clark** |
| | Skadden, Arps, Slate, Meagher & Flom LLP |
| | One Rodney Square |
| | Wilmington, DE 19899 |
| **Telephone:** | **(302) 651-3000** |
| **Appellee(s):** | NorthWestern Corporation |
| **Counsel:** | **William E. Chipman, Jr.** |
| | Greenberg Traurig, LLP |
| | 1000 West Street |
| | Suite 1540 |
| | Wilmington, DE 19801 |
| **Telephone:** | **(302) 661-7000** |