IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - x
                                 :
In re:                           : Chapter 11
                                 :
NORTHWESTERN CORPORATION,        : Case No. 03-12872 (JLP)
                                 :
        Reorganized Debtor.      :
                                 :
                                 :
- - - - - - - - - - - - - - - - x
```

**APPELLANTS' STATEMENT OF ISSUES ON APPEAL
AND DESIGNATION OF ITEMS TO BE INCLUDED
IN THE RECORD (Doc. No. 3057)**

Appellant Lazard Frères & Co. LLC ("Lazard") hereby files this (i) statement of issues on appeal and (ii) designation of items to be included in the record pursuant to Federal Rule of Bankruptcy Procedure 8006 in connection with the above-captioned appeal of the Order With Respect to Final Fee Application of Lazard Frères & Co. LLC (Doc. No. 3045) (the "Order") issued May 5, 2005 by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

The Court entered an Order Authorizing the Employment and Retention of Lazard Frères & Co. LLC as Financial Advisors and Investment Bankers for the Debtor (the "Retention Order") on October 10, 2003.  Among other

things, the Retention Order authorized a $5.5 million Restructuring Fee (as defined in Lazard's engagement letter with the debtor) upon the occurrence of certain events, subject to final Court review.  During the pendency of the bankruptcy case, Lazard provided financial advisory and investment banking services to the above-captioned debtor and debtor-in-possession (the "Debtor"), was extensively involved at every stage of the bankruptcy case, and contributed to the successful outcome of the Debtor's restructuring.  On December 1, 2004, Lazard filed its Final Application for Compensation (the "Final Application").  On May 5, 2005, the Bankruptcy Court issued its memorandum opinion and order reducing Lazard's Restructuring Fee by half, to $2.75 million.  On May 10, 2005, Lazard noticed its appeal from the Order.

## Statement of Issues on Appeal

      Whether the Bankruptcy Court erred in (1) holding that Lazard's request for approval of the Restructuring Fee in the amount provided in its engagement letter with the Debtor did not meet the criteria in 11 U.S.C. § 330(a)(3), and (2) reducing the Restructuring Fee by half, where no party in interest, including the holders of equity interests, objected to Lazard's Final Application, including the request for approval of the full Restructuring Fee?

## DESIGNATION OF ITEMS TO BE
## INCLUDED IN THE RECORD

Appellant designates the following items as they appear on the docket in the above-captioned bankruptcy case, including all exhibits, attachments, and other papers included within each docket entry and any exhibits, demonstrative or otherwise, admitted at any relevant hearing with respect to Appellant's underlying requests for relief:

| Docket No. | Date | Document |
|---|---|---|
| 39 | 9/17/03 | Application for Order Pursuant to 11 U.S.C. § 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) Authorizing the Employment and Retention of Lazard Frères & Co. LLC As Investment Bankers for the Debtor |
| 199 | 10/10/03 | Order Authorizing the Employment and Retention of Lazard Frères & Co. LLC As Financial Advisors and Investment Bankers for the Debtor |
| 202 | 10/10/03 | Order Establishing Procedures for Payment of Interim Compensation and Reimbursement of Expenses to Professionals |
| 688 | 1/14/04 | First Monthly Fee Application of Lazard Freres & Co LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor and Investment Banker to the Debtor for the Period September 14, 2003 through October 31, 2003 |
| 689 | 1/14/04 | Second Monthly Fee Application of Lazard Freres & Co LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor and Investment Banker to the Debtor for the Period November 1, 2003 through November 30, 2003 |

3

| | | |
|---|---|---|
| 699 | 1/14/04 | Amended Order Establishing Procedures for Payment of Interim Compensation and Reimbursement of Expenses to Professionals |
| 704 | 1/15/04 | First Interim Fee Application Request of Lazard Frères & Co. LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor and Investment Banker to the Debtor for the Period from October 11, 2003 through December 31, 2003 |
| 716 | 1/20/04 | Revised First Interim Fee Application Request of Lazard Frères & Co. LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor and Investment Banker to the Debtor for the Period from September 14, 2003 through November 30, 2003 |
| 785 | 2/5/04 | Certification of No Objection to Application (Docket No. 689) |
| 786 | 2/5/04 | Certification of No Objection to Application (Docket No. 688) |
| 795 | 2/6/04 | Third Monthly Fee Application of Lazard Freres & Co LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor and Investment Banker to the Debtor for the Period December 1, 2003 through December 31, 2003 |
| 806 | 2/9/04 | Certification of No Objection to Application (Docket No. 704) |
| 838 | 2/17/04 | Omnibus Order Approving First Quarterly Interim Fee Applications of Professionals |
| 900 | 3/1/04 | Certification of No Objection to Application (Docket No. 795) |
| 938 | 3/15/04 | Fourth Monthly Fee Application of Lazard Freres & Co LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor and Investment Banker to the Debtor for the Period January 1, 2004 through January 31, 2004 |
| 1067 | 4/7/04 | Certification of No Objection to Application (Docket No. 938) |

| | | |
|---|---|---|
| 1104 | 4/14/04 | Fifth Monthly Fee Application of Lazard Freres & Co LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor and Investment Banker to the Debtor for the Period February 1, 2004 through February 29, 2004 |
| 1113 | 4/14/04 | Second Interim Fee Application of Lazard Frères & Co. LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor and Investment Banker to the Debtor for the Period from December 1, 2003 through February 29, 2004 |
| 1254 | 5/10/04 | Certification of No Objection to Application (Docket No. 1104) |
| 1284 | 5/13/04 | Memorandum Opinion and Signed Order |
| 1330 | 5/21/04 | Sixth Monthly Fee Application of Lazard Freres & Co LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor and Investment Banker to the Debtor for the Period March 1, 2004 through March 31, 2004 |
| 1449 | 6/10/04 | Seventh Monthly Fee Application of Lazard Freres & Co LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor and Investment Banker to the Debtor for the Period April 1, 2004 through April 30, 2004 |
| 1457 | 6/14/04 | Certification of No Objection to Fee Application (Docket No. 1330) |
| 1539 | 6/24/04 | Fee Auditor's Final Report Regarding Fee Application Of Lazard Freres & Co. LLC For The First Interim Period |
| 1594 | 7/1/04 | Eighth Monthly Fee Application of Lazard Freres & Co LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor and Investment Banker to the Debtor for the Period May 1, 2004 through May 31, 2004 |
| 1603 | 7/2/04 | Certification of No Objection to Fee Application (Docket No. 1449) |

| | | |
|---|---|---|
| 1687 | 7/15/04 | Third Interim Fee Application Request of Lazard Frères & Co. LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor and Investment Banker to the Debtor for the Period from March 1, 2004 through May 31, 2004 |
| 1797 | 8/2/04 | Objection to Plan of RCG Carpathia Master Fund, Ltd. and Kellogg Capital Group, LLC f/k/a Performance Capital to Debtor's First Amended Plan of Reorganization |
| 1800 | 8/2/04 | Objection of David Fishel to Debtor's First Amended Plan of Reorganization and Joinder of David Fishel to Objection of RCG Carpathia Master Fund, Ltd. and Kellogg Capital Group, LLC f/k/a Performance Capital to Debtor's First Amended Plan of Reorganization |
| 1868 | 8/9/04 | Ninth Monthly Fee Application of Lazard Freres & Co LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor and Investment Banker to the Debtor for the Period June 1, 2004 through June 30, 2004 |
| 2020 | 8/31/04 | Debtor's Second Amended and Restated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 2021 | 8/31/04 | Second Amended and Restated Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Plan of Reorganization of the Debtor |
| 2022 | 8/31/04 | Exhibits to Second Amended and Restated Disclosure Statement |
| 2023 | 8/31/04 | Summary Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code |
| 2027 | 9/1/04 | Certification of No Objection to Fee Application (Docket No. 1868) |
| 2049 | 9/7/04 | Certification of No Objection to Fee Application (Docket No. 1594) |
| 2050 | 9/7/04 | Tenth Monthly Fee Application of Lazard Freres & Co LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor and Investment Banker to the Debtor for the Period July 1, 2004 through July 31, 2004 |

| 2090 | 9/17/04 | Transcript Hearing Held 8/25/04 |
|------|---------|---------------------------------|
| 2136 | 9/29/04 | Eleventh Monthly Fee Application of Lazard Freres & Co LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor and Investment Banker to the Debtor for the Period August 1, 2004 through August 31, 2004 |
| 2163 | 10/5/04 | Certification of No Objection to Fee Application (Docket No. 2050) |
| 2171 | 10/6/04 | Fourth Interim Fee Application Request of Lazard Frères & Co. LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor and Investment Banker to the Debtor for the Period from June 1, 2004 through August 31, 2004 |
| 2188 | 10/11/04 | Amended Attachment to the Fourth Interim Fee Application Request of Lazard Frères & Co. LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor and Investment Banker to the Debtor for the Period from June 1, 2004 through August 31, 2004 |
| 2222 | 10/15/04 | Fee Auditor's Final Report Regarding Fee Application Of Lazard Freres & Co. LLC For The Second Interim Period |
| 2234 | 10/19/04 | Transcript Hearing Held 10/6/04 |
| 2238 | 10/19/04 | Order Confirming Debtor's Second Amended and Restated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 2243 | 10/21/04 | Certification of No Objection to Fee Application (Docket No. 2136) |
| 2276 | 10/26/04 | Transcript Hearing Held 10/8/04 |
| 2342 | 11/9/04 | Twelfth Monthly Fee Application of Lazard Freres & Co LLC for Compensation for Services Rendered and Reimbursement of Expenses As Financial Advisor and Investment Banker to the Debtor for the Period September 1, 2004 Through September 30, 2004 |

| 2407 | 11/30/04 | Thirteenth Monthly Fee Application of Lazard Freres & Co LLC for Compensation for Services Rendered and Reimbursement of Expenses As Financial Advisor and Investment Banker to the Debtor for the Period October 1, 2004 Through November 1, 2004 |
|---|---|---|
| 2421 | 12/1/04 | Final Application of Lazard Freres & Co LLC for Compensation for Services Rendered and Reimbursement of Expenses As Financial Advisor and Investment Banker to the Debtor for the Period September 14, 2003 Through November 1, 2004 |
| 2445 | 12/6/04 | Certification of No Objection to Fee Application (Docket No. 2342) |
| 2462 | 12/7/04 | Omnibus Order Approving Second Quarterly Interim Fee Applications of Professionals |
| 2519 | 12/29/04 | Notice of the Substantial Consummation of the Debtor's Second Amended and Restated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 2532 | 1/5/05 | Certification of No Objection to Fee Application (Docket No. 2407) |
| 2570 | 1/11/05 | Fee Auditor's Final Report Regarding the Interim Fee Applications Of Lazard Freres & Co. LLC for the Third, Fourth And Fifth Interim Periods and Final Fee Application of Lazard Freres & Co. LLC for the Period From September 14, 2003 Through November 1, 2004 |
| 2811 | 2/15/05 | Transcript Hearing Held 2/10/05 |
| 2914 | 3/16/05 | Brief In Support of Final Fee Application of Lazard Frères & Co LLC |
| 2975 | 4/11/05 | Transcript Hearing Held 4/5/05 |
| 3044 | 5/5/05 | Memorandum Opinion With Respect to Final Fee Application of Lazard Frères & Co. LLC |
| 3045 | 5/5/05 | Order With Respect to Final Fee Application of Lazard Frères & Co. LLC |
| 3057 | 5/10/05 | Notice of Appeal of the Order with Respect to Final Fee Application of Lazard Frères & Co. LLC (Docket No. 3045) |

**RESERVATION OF RIGHTS**

Lazard expressly reserves its rights in the United States District Court for the District of Delaware to object to or otherwise move to strike or modify some or all of any counter-designation of items to be included in the record on appeal or counter-statement of issues to be presented that might be submitted.

Dated:  Wilmington, Delaware
        May 19, 2005

                                    /s/ Anthony W. Clark
                                    Anthony W. Clark (I.D. No. 2051)
                                    Albert Theodore Powers III (I.D. No. 4490)
                                    SKADDEN, ARPS, SLATE,
                                     MEAGHER & FLOM LLP
                                    One Rodney Square
                                    Wilmington, Delaware 19899
                                    (302) 651-3000

                                    Attorneys for Lazard Frères & Co. LLC