IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | |
| : | Chapter 11 |
| NORTHWESTERN CORP., : | |
| : | Bankruptcy No. 03-12872 (JLP) |
| Debtor. : | |
| : | |
| LAZARD FRERES & CO., LLC., : | |
| : | |
| Appellant, : | |
| : | |
| v. : | Civil Action No. 05-395-JJF |
| : | |
| NORTHWESTERN CORP. : | |
| : | |
| Appellee. : | |

### O R D E R

WHEREAS, this matter was referred to mediation on June 29, 2005;

WHEREAS, by letter, the Court has been notified that the appeal was not resolved through mediation;

NOW THEREFORE, IT IS HEREBY ORDERED that the parties shall adhere to the following briefing schedule unless an otherwise agreed upon schedule is filed within fifteen (15) days of the date of this Order:

Appellants Opening Brief on appeal shall be filed within **fifteen (15) days** of the date of this Order.

Answering Brief on appeal shall be filed within **fifteen (15) days** of receipt of opening brief.

Reply Brief on appeal shall be filed within **ten (10) days** of receipt of answering brief.

December 20, 2005
DATE

UNITED STATES DISTRICT JUDGE