# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| NORTHWESTERN CORPORATION, | : | Bankr. Case No. 03-12872 (JLP) |
| Debtor. | : | |
| LAZARD FRERES & CO., LLC, | : | Civil Case No. 05-0395 (JJF) |
| Appellant, | : | |
| v. | : | |
| NORTHWESTERN CORPORATION, | : | |
| Appellee. | : | |

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that William E. Chipman, Jr., Esquire is no longer with the firm of Greenberg Traurig, LLP, counsel for Appellee, Northwestern Corporation, and hereby should be removed from all service lists as counsel to Northwestern Corporation.

PLEASE ENTER the appearances of Victoria W. Counihan, Esquire and Dennis A. Meloro, Esquire of Greenberg Traurig, LLP as counsel for Northwestern Corporation.

Dated: January 26, 2006       GREENBERG TRAURIG, LLP

/s/ Victoria W. Counihan
Victoria W. Counihan (No. 3488)
Dennis A. Meloro (No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000

CERTIFICATE OF SERVICE

I, Victoria W. Counihan, hereby certify that on the 26thday of January, 2006, a true and correct copy of the *Notice of Withdrawal and Substitution of Counsel* was served upon the party listed below via First Class, United States Mail.

>Anthony Clark, Esq.
>Skadden Arps Slate Meagher & Flom
>One Rodney Square
>Wilmington DE 19801

Dated: January 26, 2006

>/s/ Victoria W. Counihan
>Victoria W. Counihan (No. 3488)
>GREENBERG TRAURIG, LLP
>The Nemours Building
>1007 North Orange Street, Suite 1200
>Wilmington, DE 19801
>(302) 661-7000