IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | |
| : | Chapter 11 |
| NORTHWESTERN CORP., : | |
| : | Bankruptcy No. 03-12872 (JLP) |
| Debtor. : | |
| ———————————— : | ———————————— |
| : | |
| LAZARD FRERES & CO., LLC., : | |
| : | |
| Appellant, : | |
| : | |
| v. : | Civil Action No. 05-395-JJF |
| : | |
| NORTHWESTERN CORP. : | |
| : | |
| Appellee. : | |

### O R D E R

WHEREAS, on December 20, 2005, the Court issued an Order setting an appeal briefing schedule ("Briefing Schedule Order");

WHEREAS, pursuant to the Court's Briefing Schedule Order, Appellant, Lazard Freres & Co., LLC filed its Opening Brief on appeal on January 4, 2006;

WHEREAS, the Appellee's Answering Brief on appeal was to be filed within fifteen days of receipt of the opening brief;

WHEREAS, to date, the Appellee has not yet filed its Answering Brief on appeal;

NOW THEREFORE, IT IS HEREBY ORDERED that Appellee shall file its Answering Brief on appeal no later than **April 21, 2006**. If Appellee does not file an Answering Brief on appeal by the date indicated, the Court will render its decision on the papers

submitted.

April 10, 2006
DATE

/s/ Joseph J. Farnan
UNITED STATES DISTRICT JUDGE