IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------:------------------------------------
IN RE                              :  Chapter 11
                                   :
NORTHWESTERN CORPORTATION,         :  Bankruptcy Case No. 03-12872
                                   :
        Debtor.                    :
-----------------------------------:------------------------------------
LAZARD FRERES & CO. LLC,           :
                                   :
        Appellant,                 :  Civil Action No. 05-395-JJF
                                   :
        v.                         :
                                   :
NORTHWESTERN CORPORATION,          :
                                   :
        Appellee.                  :
                                   :
```

## FINAL ORDER

At Wilmington, this $\cancel{22}$ day of May, 2006, for the reasons
set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1.  The May 5, 2005 Order of the United States Bankruptcy
Court for the United States Bankruptcy Court for the District of
Delaware (Bankr. Case No. 03-12872) is **REVERSED** with respect to
its award for professional services rendered;

2.  The final fee application of Lazard Freres & Co. LLC
("Lazard") is approved and Lazard is allowed final compensation
for in the amount of $5,500,000.00 for its Restructuring Fee;

3.    NorthWestern Corporation is authorized and directed to make payment to Lazard for such allowed compensation.


_____
UNITED STATES DISTRICT JUDGE